FILED
2023 OCT -3 AM 11:16
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SHIVAM GUPTA | NO. 1:23CV01191 |
| Plaintiff, | |
| v. | CIVIL ACTION - LAW |
| NAOMI MARTIN, and SNIPER SCOPE FX, | JURY TRIAL DEMANDED |
| Defendants | ELECTRONICALLY FILED |

### CIVIL COMPLAINT

AND NOW, comes PLAINTIFF Shivam Gupta by and through his counsel, COX LAW GROUP and files the within Civil Complaint:

1. Plaintiff Shivam Gupta is an individual residing at 10150 Highland Manor Dr., Suite 200; Tampa, Florida 33610.

2. Defendant Naomi Martin is an individual residing at 1070 Grandys LN; APT 524; Lewisville, TX 75077-2858.

3. Sniper Scope FX is a business entity with its principal business and registered located at 5511 Parkcrest Drive, Suite 103; Austin Texas 78731.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332.

5.  This matter involves more than $100,000 in controversy.

6.  This case arises from a Contractual Agreement entered into between the parties on or about March 19, 2023. See Contractual Agreement attached hereto as Exhibit A.

7.  Pursuant to the Contractual Agreement entered into on or about March 19, 2023, the parties agreed that Mr. Gupta would pay Ms. Martin $50,000.

8.  Pursuant to the agreement, Ms. Martin was to keep $20,000 as a personal fee and use the remaining $30,000 to open Forex Trading account in the name of Mr. Gupta.

9.  Specifically, Ms. Martin was to provide Mr. Gupta with any profits until he made his $20,000 back and any additional profits were to be divided between Ms. Naomi Martin and Mr. Gupta.

10. On or about March 22, 2023, four days after the execution of the agreement, Mr. Gupta completed his end of the contractual agreement by sending a $50,000 Domestic Wire Transfer to Ms. Martin. *See* Domestic Wire Transfer attached hereto.

19.  As a result of this, Mr. Gupta has had other avenues of his life impacted.

**Count I: Breach of Contract**

20.  Ms. Martin has breached the Contractual Agreement and is liable under a breach of contract theory.

**Count II: Unjust Enrichment**

21.  Ms. Martin has been unjustly enriched by the money she received from Mr. Gupta and is liable under an unjust enrichment theory.

Count III: Negligent Misrepresentation

22.  Ms. Martin has benefitted off of a misrepresentation that she made to Mr. Gupta and is liable under a Negligent Misrepresentation theory.

23.  Ms. Martin has benefitted off of a misrepresentation that she made to Mr. Gupta and is liable under a Deceptive Trade Practices Act Claim theory.

24.  Mr. Gupta has suffered damages that exceed $100,000.

## **CERTIFICATE OF SERVICE**

AND NOW, this day of September 2023, I, Anthony D. Cox, Jr. Esquire, hereby certify that I did file the foregoing filing, and a true and correct copy is available for viewing by the following counsel of record:

Naomi Martin
1070 Grandys LN;
APT 524
Lewisville, TX 75077-2858.


Sniper Scope FX
5511 Parkcrest Drive, Suite 103
Austin Texas 78731.

# GENERAL CONTRACT FOR SERVICES

This Contract (this "Contract") is made effective as of March 19, 2023, by and between Naomi martin, of Mckinney, Mckinney, Texas 75070, and Shivam Gupta, of Tampa, Tampa, Florida _____

**1. DESCRIPTION OF SERVICES.** Beginning on March 19, 2023, Naomi martin will provide to Shivam Gupta the following services (collectively, the "Services"):

Naomi Martin will trade Shivam Gupta's $30,000 capital in a trading account in hugosway.Shivam Gupta will pay a $20,000 buy in fee to Naomi Martin before the start of the account take over. The $20,000 is non refundable. The $30,000 is refundable if Naomi Martin blows the Account before we start making and pulling profit. The profit split will be Shivam 60% and Naomi 40% on the growth of the account. The first $20,000 will go to Shivam to recoup the buy in fee. Any profit after that while the account is above $30,000 will be split between both parties. Shivam Gupta is in charge of the withdrawal side and responsible for giving Naomi her cut of the profit as well. There will be no pulling from the account when and if the account is negative. Shivam Gupta can end the business deal at any point as long as the account is above the original account balance.

**2. PAYMENT.** Payment shall be made to Naomi Martin, Mckinney, Texas 75070, in the amount of $20,000.00 upon executing this Contract.

In addition to any other right or remedy provided by law, if Shivam Gupta fails to pay for the Services when due, Naomi martin has the option to treat such failure to pay as a material breach of this Contract, and may cancel this Contract and/or seek legal remedies.

There will be no time restraint in this contract. Naomi martin will Trade it for as long as the account is not blown

**3. WARRANTIES.** Naomi martin shall provide its Services and meet its obligations under this Contract in a timely and workmanlike manner, using knowledge and recommendations for performing the services which meet generally acceptable standards in Naomi martin's community and region, and will provide a standard of care equal to, or superior to, care used by service providers similar to Naomi martin on similar projects.

**4. TERM.** This Contract will terminate Shivam Gumpta or Naomi Martin can terminate anytime as long as the account is positive.above the original account starting balance

**5. DEFAULT.** The occurrence of any of the following shall constitute a material default under this Contract:

   a. The failure to make a required payment when due.

   b. The insolvency or bankruptcy of either party.

   c. The subjection of any of either party's property to any levy, seizure, general assignment for the benefit of creditors, application or sale for or by any creditor or government agency.

   d. The failure to make available or deliver the Services in the time and manner provided for in this Contract.

**6. REMEDIES ON DEFAULT.** In addition to any and all other rights a party may have available according to law, if a party defaults by failing to substantially perform any provision, term or condition of this Contract

(including without limitation the failure to make a monetary payment when due), the other party may terminate the Contract by providing written notice to the defaulting party. This notice shall describe with sufficient detail the nature of the default. The party receiving such notice shall have 30 days from the effective date of such notice to cure the default(s). Unless waived by a party providing notice, the failure to cure the default(s) within such time period shall result in the automatic termination of this Contract.

**7. FORCE MAJEURE.** If performance of this Contract or any obligation under this Contract is prevented, restricted, or interfered with by causes beyond either party's reasonable control ("Force Majeure"), and if the party unable to carry out its obligations gives the other party prompt written notice of such event, then the obligations of the party invoking this provision shall be suspended to the extent necessary by such event. The term Force Majeure shall include, without limitation, acts of God, plague, epidemic, pandemic, outbreaks of infectious disease or any other public health crisis, including quarantine or other employee restrictions, fire, explosion, vandalism, storm or other similar occurrence, orders or acts of military or civil authority, or by national emergencies, insurrections, riots, or wars, or strikes, lock-outs, work stoppages, or other labor disputes, or supplier failures. The excused party shall use reasonable efforts under the circumstances to avoid or remove such causes of non-performance and shall proceed to perform with reasonable dispatch whenever such causes are removed or ceased. An act or omission shall be deemed within the reasonable control of a party if committed, omitted, or caused by such party, or its employees, officers, agents, or affiliates.

**8. CONFIDENTIALITY.** Naomi martin, and its employees, agents, or representatives will not at any time or in any manner, either directly or indirectly, use for the personal benefit of Naomi martin, or divulge, disclose, or communicate in any manner, any information that is proprietary to Shivam Gupta. Naomi martin and its employees, agents, and representatives will protect such information and treat it as strictly confidential. This provision will continue to be effective after the termination of this Contract.

Upon termination of this Contract, Naomi martin will return to Shivam Gupta all records, notes, documentation and other items that were used, created, or controlled by Naomi martin during the term of this Contract.

**9. NOTICE.** Any notice or communication required or permitted under this Contract shall be sufficiently given if delivered in person or by certified mail, return receipt requested, to the addresses listed above or to such other address as one party may have furnished to the other in writing. The notice shall be deemed received when delivered or signed for, or on the third day after mailing if not signed for.

**10. ENTIRE CONTRACT.** This Contract contains the entire agreement of the parties regarding the subject matter of this Contract, and there are no other promises or conditions in any other agreement whether oral or written. This Contract supersedes any prior written or oral agreements between the parties.

**11. AMENDMENT.** This Contract may be modified or amended if the amendment is made in writing and signed by both parties.

**12. SEVERABILITY.** If any provision of this Contract shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Contract is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**13. WAIVER OF CONTRACTUAL RIGHT.** The failure of either party to enforce any provision of this Contract shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Contract.

**14. APPLICABLE LAW.** This Contract shall be governed by the laws of the State of Texas.

**15. SIGNATORIES.** This Contract shall be signed on behalf of Shivam Gupta by Naomi Martin, Manager and on behalf of Naomi martin by Shivam Gupta, Manager and effective as of the date first above written.

Service Recipient:
Shivam Gupta

By: _/s/ Naomi Martin_____   Date: 03/19/2023

Naomi Martin
Manager


Service Provider:
Naomi martin

By: _/s/ Shivam Gupta_____   Date: 03/20/2023

Shivam Gupta
Manager

 **Bank**

# Domestic Wire Transfer

**Initiator:** Michael G Kurtz
**Initiator's Ph #:** (813) 655-3432
**Approver's Name:** Janell A Arthur

**Date:** 03/22/2023
**Reference Number:** 1142
**Wire Status:** Pending Branch Approval

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $50,000.00 | 004-TD BANK N.A. | 004-TD BANK N.A. | 790 |

**Same Day Deposit?**
No

**Wire Type**
Wire Transfer      ☐ Check if Federal Tax Payment

**Account Type**
Personal

## ORIGINATOR

**Customer Name**
Shivam Gupta

**Customer Account Number**
4365887989

**Beneficiary Name**
Sniperscope Llc

**Beneficiary Account Number**
488103225032

**Beneficiary Address 1**
5201 Collin McKinney Pkwy

**Beneficiary Address 2**

**Beneficiary City**
McKinney

**Beneficiary State / Zip Code**
TX 75070

**ABA Number**
026009593

**Receiving Bank Name**
BANK OF AMERICA, N.A., NY

## SPECIAL INSTRUCTIONS

**Further Credit Bank Name**

**Further Credit Comments** (Max 140 Characters)
payment for investment

**CUSTOMER REQUESTING**                          **APPROVED BY**

_____(Signature)_____          _____(Signature)_____
Shivam Gupta

**Notices & Disclaimers:** Placeholder for disclaimer

 

# Bank
America's Most Convenient Bank®          E          STATEMENT OF ACCOUNT

SHIVAM GUPTA
ERICA DAVIS
10150 HIGHLAND MANOR DR STE 200
TAMPA FL  33610-9712

Page:                  1 of 3
Statement Period:      Feb 24 2023-Mar 23 2023
Cust Ref #:            4365887989-630-E-***
Primary Account #:     436-5887989

## TD Convenience Checking

SHIVAM GUPTA                                          Account # 436-5887989
ERICA DAVIS

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,233.14 | Average Collected Balance | 14,579.72 |
| Electronic Deposits | 55,771.86 | Interest Earned This Period | 0.10 |
| Other Credits | 49,985.10 | Interest Paid Year-to-Date | 0.16 |
| | | Annual Percentage Yield Earned | 0.01% |
| Electronic Payments | 8,505.00 | Days in Period | 28 |
| Other Withdrawals | 100,060.00 | | |
| Ending Balance | 425.10 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | ACH DEPOSIT, TEKSYSTEMS, INC. DIR DEP 07869138 | 1,815.56 |
| 03/07 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362434030 | 14,000.00 |
| 03/08 | ACH DEPOSIT, TEKSYSTEMS, INC. DIR DEP 07869138 | 2,756.59 |
| 03/15 | ACH DEPOSIT, TEKSYSTEMS, INC. DIR DEP 07869138 | 2,776.11 |
| 03/20 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362434030 | 34,000.00 |
| 03/21 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362434030 | 423.60 |
| | Subtotal: | 55,771.86 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | INTEREST PAID | 0.10 |
| 03/21 | WIRE OUT COURTESY REF | 30.00 |
| 03/21 | WIRE TRANSFER INCOMING, BANK OF AMERICA | 49,955.00 |
| | Subtotal: | 49,985.10 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT        

SHIVAM GUPTA
ERICA DAVIS
10150 HIGHLAND MANOR DR STE 200
TAMPA FL  33610-9712

Page: 1 of 3
Statement Period: Feb 24 2023-Mar 23 2023
Cust Ref #: 4365887989-630-E-***
Primary Account #: 436-5887989

## TD Convenience Checking

SHIVAM GUPTA
ERICA DAVIS

Account # 436-5887989

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,233.14 | Average Collected Balance | 14,579.72 |
| Electronic Deposits | 55,771.86 | Interest Earned This Period | 0.10 |
| Other Credits | 49,985.10 | Interest Paid Year-to-Date | 0.16 |
| | | Annual Percentage Yield Earned | 0.01% |
| Electronic Payments | 8,505.00 | Days in Period | 28 |
| Other Withdrawals | 100,060.00 | | |
| Ending Balance | 425.10 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | ACH DEPOSIT, TEKSYSTEMS, INC. DIR DEP 07869138 | 1,815.56 |
| 03/07 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362434030 | 14,000.00 |
| 03/08 | ACH DEPOSIT, TEKSYSTEMS, INC. DIR DEP 07869138 | 2,756.59 |
| 03/15 | ACH DEPOSIT, TEKSYSTEMS, INC. DIR DEP 07869138 | 2,776.11 |
| 03/20 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362434030 | 34,000.00 |
| 03/21 | eTransfer Credit, Online Xfer<br>Transfer from CK 4362434030 | 423.60 |
| | Subtotal: | 55,771.86 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | INTEREST PAID | 0.10 |
| 03/21 | WIRE OUT COURTESY REF | 30.00 |
| 03/21 | WIRE TRANSFER INCOMING, BANK OF AMERICA | 49,955.00 |
| | Subtotal: | 49,985.10 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance      425.10

② Total Deposits    +

③ Sub Total

④ Total Withdrawals   -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

SHIVAM GUPTA
ERICA DAVIS

Page: 3 of 3
Statement Period: Feb 24 2023-Mar 23 2023
Cust Ref #: 4365887989-630-E-***
Primary Account #: 436-5887989

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | TD ZELLE SENT, 306500N0HQ3W Zelle GRYGIEL . | 300.00 |
| 03/08 | ELECTRONIC PMT-WEB, CHASBK CK WEBXFR TRANSFER ****790497 | 2,500.00 |
| 03/20 | DEBIT CARD PURCHASE, *****30054134549, AUT 031923 VISA DDA PUR CASH APP ALLISON RA     8774174551   * CA | 5.00 |
| 03/20 | eTransfer Debit, Online Xfer Transfer to CK 4362434030 | 5,700.00 |
| | Subtotal: | 8,505.00 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | WIRE TRANSFER OUTGOING, Naomi Martin | 50,000.00 |
| 03/21 | WIRE TRANSFER FEE | 30.00 |
| 03/22 | WIRE TRANSFER FEE | 30.00 |
| 03/22 | WIRE TRANSFER OUTGOING, Sniperscope Llc | 50,000.00 |
| | Subtotal: | 100,060.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/23 | 3,233.14 | 03/15 | 21,781.40 |
| 03/01 | 5,048.70 | 03/20 | 50,076.40 |
| 03/06 | 4,748.70 | 03/21 | 50,455.10 |
| 03/07 | 18,748.70 | 03/22 | 425.10 |
| 03/08 | 19,005.29 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Respectfully Submitted,

**COX LAW GROUP**

By: *(signature)*

Date: October 3, 2023

Anthony D. Cox Jr., Esquire
Attorney I.D. No. 324175
2468 Magnolia Terrace
Harrisburg, Pennsylvania 17110