IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHIVAM GUPTA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1191-RP |
| NAOMI MARTIN and SNIPER SCOPE FX, | § § § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

On April 30, 2024, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff's motion for default judgment, (Dkt. 11). (R. & R., Dkt. 17). The Court's Order granted Plaintiff's motion for default judgment as to Plaintiff's breach of contract and unjust enrichment claims against Defendant Naomi Martin and denied Plaintiff's motion in all other aspects. (Dkt. 19).

On this day, the Court also adopted Judge Howell's report and recommendation concerning Plaintiff's second motion for attorney fees, (Dkt. 21). (R. & R., Dkt. 22). The Court's Order awarded Plaintiff $17,000.00 in reasonable attorneys' fees.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 21, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE